[No. 43024-6-I.    Division One.    April 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. FEBEN
GHIRMATZION, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-05609-0, Anthony P. Wartnik, J., entered
June 1, 1998. *Affirmed* by unpublished per curiam opinion.


[No. 43143-9-I.    Division One.    April 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. R.M.A.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-01736-0, Deborah Fleck, J., entered July
14, 1998. *Reversed* by unpublished per curiam opinion.


[Nos. 15774-1-III; 16079-3-III;  Division Three.  April 27, 1999.]
16277-0-III.

STEVEN TURCOTT, ET AL., *Respondents*, v. E.C.F., INC., ET
AL., *Appellants*.

Appeals from a judgment of the Superior Court for Dou-
glas County, No. 94-2-00111-3, John E. Bridges and Carol
A. Wardell, JJ., entered April 11, August 27, and November
5, 1996. *Reversed* by unpublished opinion per Kurtz, J.,
concurred in by Schultheis, C.J., and Kato, J.


[No. 16689-9-III.    Division Three.    April 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES D.
McMURTREY, *Appellant*.

Appeal from a judgment of the Superior Court for
Stevens County, No. 96-1-00111-7, Rebecca M. Baker, J.,
entered May 13, 1997. *Affirmed in part* and *remanded* by
unpublished opinion per Kurtz, A.C.J., concurred in by
Sweeney and Brown, JJ.